FRANCIS B. ROBERT, Appellant, *v.* DAVID KIDANSKY, Respondent, Impleaded with Another.

*Robert* v. *Kidansky*, 111 App. Div. 475, affirmed.
(Argued May 8, 1907; decided May 28, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 17, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial in an action to recover the amount of a deficiency judgment entered upon a foreclosure sale, the collection of the mortgage having been guaranteed by defendant.

*Edmund L. Mooney* and *Frederick A. Card* for appellant.

*John Frankenheimer* and *Joseph C. Levi* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.

---

HORACE HOSLEY, Appellant, *v.* NIAGARA FALLS MILLING COMPANY, Respondent.

*Hosley* v. *Niagara Falls Milling Co.*, 107 App. Div. 620, affirmed.
(Argued May 8, 1907; decided May 28, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 2, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been occasioned through defendant's negligence.

*Norman D. Fish* for appellant.

*Clinton B. Gibbs* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, WERNER and CHASE, JJ. Dissenting: VANN and WILLARD BARTLETT, JJ. Absent: CULLEN, Ch. J.